UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION
NO. 7:16-CV-255-FL

| | | |
|---|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | **ENTRY OF DEFAULT** |
| WEST WINDS ASSISTED LIVING, LLC;<br>JIMMY HAMMONDS, an individual; and<br>MADOLYN SAMPSON, an individual. | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

It appearing that West Winds Assisted Living, LLC and Jimmy Hammonds, an individual, Defendants herein, are in default for failing to plead or otherwise defend as required by law, DEFAULT hereby is entered against said Defendants.

This 21st day of November, 2016.

_____
Julie Richards Johnston, Clerk
United States District Court